# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-3365
_____

WILLIAM D. WILLIAMS,

Appellant,

v.

FLORIDA DEPT. OF CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 8, 2021


PER CURIAM.

AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William D. Williams, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.